**94–2614.** State v. Proffitt. *Hamilton County*, No. C–940123. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

**94–2637.** State v. Hawkins. *Erie County*, No. E–94–25. On motion for delayed appeal with respect to February 1, 1993 decision in E–92–69. Motion denied.

RESNICK, J., not participating.